C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:   MERRILL GARDENS LLC
      1938 FAIRVIEW AVENUE EAST
      STE 300 ATTN: PAYROLL DEPT
      SEATTLE, WA 98102-

Date:   06/19/2009

Chapter 13 Case Number:  09-71241-CMS13

Debtor:  SHAQUANIA ARIANNE STOKES

Debtor's Social Security Number:  ###-##-5580

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently Directed to do so.

Thank you for your cooperation.

                            Very truly yours,

                            /s/ C. David Cottingham
                            C. David Cottingham
                            Standing Chapter 13 Trustee

CDC/rgt

cc:   SHAQUANIA ARIANNE STOKES
      Employer
      Attorney:  JOHN STAHL
      Clerk, U.S. Bankruptcy Court